UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **DEMARCUS HENDERSON** | **CIVIL ACTION NO. 5:17-CV-0458** |
| VS. | SECTION P |
| | **JUDGE ELIZABETH E. FOOTE** |
| **POLICE DEPARTMENT OF HOMER, ET AL** | **MAGISTRATE JUDGE HAYES** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff's civil rights complaint filed pursuant to 42 U.S.C. §1983 be **DISMISSED WITHOUT PREJUDICE** pursuant to FRCP Rule 41(b).

**THUS DONE AND SIGNED,** in Chambers, Shreveport, Louisiana, on this _15th_ day of _December_, 2017.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE